August 11, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

JOHN  EDWARD  WALLACE, Appellant

NO. 14-15-00533-CR                    V.

THE STATE OF TEXAS, Appellee

_____

 Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on May 13, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

 We further order that all costs incurred by reason of this appeal be paid by appellant, John Edward Wallace.

 We further order that mandate be issued immediately.

 We further order this decision certified below for observance.